# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ADINA SHANNON RODRIQUEZ,

          Plaintiff,

   v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

_____/

Case No.  1:15-cv-00384-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

Plaintiff Adina Shannon Rodriquez filed a complaint on March 9, 2015, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **March 12, 2015**           **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE