**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ADINA SHANNON RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:15-cv-00384-SKO<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER THEREON** |

　　IT IS HEREBY STIPULATED, by and between Adina Shannon Rodriguez (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's opening brief.  The current due date is November 27, 2015.  The new due date will be December 28, 2015.

　　This is the first extension of time requested by Defendant in the above-captioned matter. Defense counsel requests this extension due to an extremely heavy caseload from late November through late December, which includes eleven briefs before the District Courts in California, and counsel for Defendant's leave schedule over the Thanksgiving and Christmas holidays.  As a result, counsel for Defendant requires additional time to adequately consider and respond to the arguments Plaintiff raises in her opening brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Date: November 20, 2015 | LAW OFFICE OF LAWRENCE D. ROHLFING |
| | By: /s/ *Vijay Jagdish Patel**<br>VIJAY JAGDISH PATEL<br>Attorneys for Plaintiff<br>(*As authorized by e-mail on November 20, 2015) |
| Date: November 20, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ *Jennifer Lee Tarn*<br>JENNIFER LEE TARN<br>Special Assistant United States Attorney<br>Attorney for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before December 28, 2015; and

2. Plaintiff may file an optional reply brief on or before January 12, 2016.

IT IS SO ORDERED.

Dated: **November 20, 2015**          /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE