BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADINA SHANNON RODRIGUEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | Case No. 1:15-cv-00384-SKO<br><br>**STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

**IT IS STIPULATED** by and between Plaintiff Adina Shannon Rodriguez ("Plaintiff"), and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical opinion evidence, Plaintiff's credibility, and Plaintiff's residual functional capacity, and if warranted, obtain supplemental vocational evidence. The parties further request that the Clerk of

the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: December 23, 2015    LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/ Vijay Jagdish Patel*\*
VIJAY JAGDISH PATEL
*\*as authorized by email on December 23, 2015*
Attorney for Plaintiff

Date: December 22, 2015    BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

1. This matter IS REMANDED for further administrative proceedings, so that an Administrative Law Judge may reevaluate Plaintiff Adina Shannon Rodriguez's claims as specified in the above Stipulation; and

2. The Clerk of the Court is HEREBY DIRECTED to close this file pursuant to the parties' Stipulation filed on December 23, 2015.

IT IS SO ORDERED.

Dated:  **December 24, 2015**              /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE

2