**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADINA SHANNON RODRIGUEZ, <br><br> Plaintiff, <br><br> vs. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 1:15-cv-00384-SKO <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

On March 14, 2016, the parties filed a Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses. (Doc. 18.)

Pursuant to all the terms of the parties' Stipulation, IT IS HEREBY ORDERED that fees and expenses in the amount of $4,717.80 as authorized by 28 U.S.C. § 2412 are awarded to Plaintiff.[1]

IT IS SO ORDERED.

Dated:  **March 15, 2016**                               **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties agreed that no costs would be awarded pursuant to 28 U.S.C. §1920.